KENNETH SEGAL;                       )
ADAM SEGAL, as Trustee for           )  Civil Action
  and on Behalf of the Karen      )  No. 07-CV-04647
  and Kenneth Segal Descendents  )
  Trust; and                      )
SEGAL AND MOREL, INC.,               )
                               )
          Plaintiffs           )
                               )
        vs.                        )
                               )
STRAUSSER ENTERPRISES, INC.;         )
GARY STRAUSSER; and                  )
LEONARD MELLON,                      )
                               )
          Defendants           )

## O R D E R

NOW, this 19th day of November, 2009, upon

consideration of the following motions and documents:

> (1) Defendants' Joint Motion to Dismiss or Stay Litigation and Compel Arbitration, which motion was filed January 4, 2008;

> (2) Supplemental Memorandum in Support of Defendants' Joint Motion to Dismiss or Stay Litigation and Compel Arbitration, which memorandum was filed January 9, 2008;

> (3) Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss or Stay Litigation and Compel Arbitration, which opposition was filed January 31, 2008;

> (4) Reply Memorandum of Defendant Leonard Mellon, Esquire in Support of Defendants' Joint Motion to Dismiss or Stay Litigation and Compel Arbitration, which reply was filed September 2, 2008;

> (5) Plaintiffs' Supplemental Opposition to Defendant Leonard Mellon's Motion to Dismiss or Stay Litigation and Compel Arbitration,

which supplemental opposition was filed
October 10, 2008;

(6) Supplemental Memorandum of Defendant Leonard
Mellon, Esq. In Support of Motion to Dismiss
or Stay Litigation and Compel Arbitration,
which supplemental memorandum was filed
October 11, 2008; and

(7) Supplemental Reply Memorandum of Defendant
Leonard Mellon, Esq. In Support of Motion to
Dismiss or Stay Litigation and Compel
Arbitration, which supplemental reply
memorandum was filed October 28, 2008;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Defendants' Joint Motion to Dismiss

or Stay Litigation and Compel Arbitration is denied.

IT IS FURTHER ORDERED that defendant Leonard Mellon

shall have until on or before December 10, 2009 to answer

plaintiffs' Complaint in this matter.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge