IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
KENNETH SEGAL, et al              :
                                  : CIVIL ACTION NO. 07-4647
            Plaintiffs            :
                                  :
      vs.                         :
                                  :
STRAUSSER ENTERPRISES, INC., et al :
                                  :
            Defendants            :
_____:

## ORDER

       **AND NOW**, this 7th day of October, 2010, upon consideration of the following motions:

    (1) Defendants Strausser Enterprises, Inc. and Gary Strausser's Motion to Quash Plaintiffs' Subpoena Duces Tecum Issued to Nick Azzolina and Motion for Protective Order (Docket No. 125) filed March 9, 2010;

    (2) Defendants Strausser Enterprises, Inc. and Gary Strausser's Motion to Quash Plaintiffs' Subpoena Duces Tecum Issued to Lafayette Ambassador Bank and Motion for Protective Order (Docket No. 126) filed March 9, 2010;

    (3) Defendants Strausser Enterprises, Inc. and Gary Strausser's Motion to Quash Plaintiffs' Subpoena Duces Tecum Issued to Salvatore J. Panto, Jr. and Motion for Protective Order (Docket No. 127) filed March 9, 2010;

    (4) Defendants Strausser Enterprises, Inc. and Gary Strausser's Motion to Quash Plaintiffs' Subpoena Duces Tecum to Gross McGinley, LLP, Motion to Stay Enforcement of the Subpoena, and Motion for Protective Order (Docket No. 165) filed June 3, 2010;

upon consideration of plaintiffs' responses thereto; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that defendants' motions to quash are **GRANTED** in part. The subpoenas served upon Nick Azzolina, Lafayette Ambassador Bank, Salvatore J. Panto, Jr. and Gross McGinley, LLP. shall be limited to the disclosure of documents pertaining to Strausser Enterprises, Inc. only for the time period of January 1, 2005 through January 1, 2008.

**IT IS FURTHER ORDERED** that the documents produced in response to these subpoenas and the information contained therein shall be protected against unauthorized disclosure. Plaintiffs and their counsel shall not disclose the documents or their contents to any non-party and shall not use them for any commercial advantage, and shall limit their use to this litigation only.

**IT IS FURTHER ORDERED** that all requests for sanctions are **DENIED.**

**IT IS FURTHER ORDERED** that defendants' request for stay of enforcement of the subpoena issued to Gross McGinley, LLP is **DISMISSED** as moot.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge