# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                                        |   |                              |
|----------------------------------------|---|------------------------------|
| KENNETH SEGAL, et al                   | : |                              |
|                                        | : | CIVIL ACTION NO. 07-4647     |
| Plaintiffs                             | : |                              |
|                                        | : |                              |
| vs.                                    | : |                              |
|                                        | : |                              |
| STRAUSSER ENTERPRISES, INC., et al     | : |                              |
|                                        | : |                              |
| Defendants                             | : |                              |

## ORDER

**AND NOW**, this 1st day of March, 2011, upon consideration of the December 1, 2010 letter motion of Plaintiffs (Document No. 195) and the December 13, 2010 letter response of the Strausser Defendants (Document No. 196), and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that Plaintiffs' letter motion is **DENIED**.

BY THE COURT:


_/s/ Henry S. Perkin_
HENRY S. PERKIN
United States Magistrate Judge