```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KENNETH SEGAL;                     )
ADAM SEGAL, as Trustee for         )  Civil Action
  and on Behalf of the Karen       )  No. 07-cv-04647
  and Kenneth Segal Descendants    )
  Trust; and                       )
SEGAL AND MOREL, INC.,             )
                                   )
          Plaintiffs               )
                                   )
     vs.                           )
                                   )
STRAUSSER ENTERPRISES, INC.;       )
GARY STRAUSSER; and                )
LEONARD MELLON,                    )
                                   )
          Defendants               )

## O R D E R

NOW, this 11th day of August, 2011, upon consideration of the following documents:

> Defendant Leonard Mellon, Esquire's Motion for Reconsideration of the Court's Opinion and Order on Motion to Dismiss or Stay, which motion for reconsideration was filed November 30, 2009 (Document 104), together with
>
>> Defendant Leonard Mellon's Memorandum in Support of Motion for Reconsideration of the Court's Opinion and Order on Motion to Dismiss, which memorandum was filed November 30, 2009 (Document 104-2); and
>
> Plaintiffs' Opposition to the Motion of Defendant Leonard Mellon, Esquire's Motion for Reconsideration of the Court's Opinion and Order on Motion to Dismiss or Stay, which opposition was filed December 11, 2009 (Document 107);

after oral argument held January 13, 2010; and for the reasons articulated in the accompanying Opinion,

<u>IT IS ORDERED</u> that Defendant Leonard Mellon, Esquire's Motion for Reconsideration of the Court's Opinion and Order on Motion to Dismiss or Stay is denied.

<u>IT IS FURTHER ORDERED</u> that defendant Leonard Mellon, Esquire shall have until on or before September 1, 2011 to answer plaintiffs' Complaint.  Failure to answer the Complaint on or before September 1, 2011 may result, upon proper application, in entry of default against defendant Mellon.

                              BY THE COURT:


                               /s/ James Knoll Gardner
                              James Knoll Gardner
                              United States District Judge