# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH SEGAL, et al<br><br>Plaintiffs<br><br>vs.<br><br>STRAUSSER ENTERPRISES, INC., et al<br><br>Defendants | CIVIL ACTION NO. 07-4647 |

## ORDER

**AND NOW**, this 10th day of February, 2012, upon consideration of the December 15, 2011 letter motion of counsel for plaintiffs (Document No. 264) and the December 22, 2011 letter response of counsel for the Strausser defendants (Document No. 265); following *in camera* review of the documents at issue;[1] and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that plaintiffs' letter motion to compel the Strausser defendants to produce certain documents provided to them by Lafayette Ambassador Bank is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge

---

[1] This Court has reviewed the letters authored by Patrick C. Campbell, Jr., Esquire. These letters include a September 16, 2011 letter to Quakertown National Bank and March 19, 2009 and May 18, 2011 letters to Nick Azzolina, CPA.