**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH SEGAL, et al : | |
| : | CIVIL ACTION NO. 07-4647 |
| Plaintiffs : | |
| : | |
| vs. : | |
| : | |
| STRAUSSER ENTERPRISES, INC., et al : | |
| : | |
| Defendants : | |

## ORDER

     **AND NOW**, this   8th   day of August, 2013, upon consideration of the remand

Order of the Honorable James Knoll Gardner dated March 22, 2013 (Docket No. 329); upon

consideration of  Defendants Strausser Enterprises, Inc.'s and Gary Strausser's Memorandum of

Law in Support of Motion to Compel Production of Tax Returns of Plaintiffs Ken Segal and the

Karen and Kenneth Segal Descendants Trust filed April 9, 2013 (Docket No. 332); upon

consideration of Plaintiffs' Argument Brief in Opposition to the Discoverability of Plaintiffs'

Tax Returns filed April 9, 2013 (Docket No. 331); upon consideration of plaintiffs' April 24,

2013 correspondence in response to questions posed by the undersigned during the April 11,

2013 hearing; after hearing held April 11, 2013, and for the reasons expressed in the foregoing

Memorandum,

        **IT IS ORDERED** that the Strausser defendants' motion to compel production of

tax returns of Mr. Segal and the Trust is **DENIED**.

                                      BY THE COURT:


                                       */s/ Henry S. Perkin*
                                       HENRY S. PERKIN
                                       United States Magistrate Judge