IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH SEGAL, ADAM SEGAL, as trustee for
and on behalf of THE KAREN AND KENNETH
SEGAL DESCENDANTS TRUST, and SEGAL AND
MOREL, INC.

                Plaintiffs,

    v.

STRAUSSER ENTERPRISES, INC.,
GARY STRAUSSER, and
LEONARD MELLON,

                Defendants.

CIVIL ACTION
NO. 07-4647

## ORDER

**AND NOW**, this 12th  day of June, 2019, after reviewing Defendants' Motions for Summary Judgment (Docket No. 394) (Docket No. 397), all supporting and opposing papers, and for the reasons more fully stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motions for Summary Judgment are **DENIED**.

                **BY THE COURT:**

                **/s/ Jeffrey L. Schmehl**
                **Jeffrey L. Schmehl, J.**