IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH SEGAL, ADAM SEGAL, as trustee for and on behalf of THE KAREN AND KENNETH SEGAL DESCENDANTS TRUST, and SEGAL AND MOREL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>STRAUSSER ENTERPRISES, INC., GARY STRAUSSER, and LEONARD MELLON,<br><br>Defendants. | CIVIL ACTION<br>NO. 07-4647 |

## ORDER

**AND NOW**, this 24th day of October 2019, after reviewing Defendants Strausser Enterprises, Inc. and Gary Strausser's ("Strausser Defendants") Motion to Stay, and any opposition thereto, it is hereby **ORDERED** that Strausser Defendants' Motion to Stay (ECF Docket No. 427) is **DENIED** as moot.[1]

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**

---

[1] In response to this Court's June 12, 2019 order denying summary judgment (ECF Docket No. 412), Strausser Defendants filed a Motion for Reconsideration or, in the Alternative, Certification of an Interlocutory Appeal on June 24, 2019 (ECF Docket No. 414). Co-defendant Leonard Mellon filed a similar motion on the same day (ECF Docket No. 415). Strausser Defendants filed the present Motion to Stay seeking to stay this matter pending an interlocutory appeal to the Third Circuit. As certification for that appeal has been denied, Strausser Defendants' Motion to Stay is denied as moot.