IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH SEGAL, ADAM SEGAL,<br>*As trustee for and on behalf of*<br>THE KAREN AND KENNETH SEGAL<br>DESCENDANTS TRUST, and SEGAL AND<br>MOREL, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>STRAUSSER ENTERPRISES, INC.,<br>GARY STRAUSSER, and<br>LEONARD MELLON,<br><br>        Defendants. | CIVIL ACTION<br>NO. 07-4647 |

**ORDER**

**AND NOW**, this 30th day of September, 2021, after review of plaintiffs' Motion for Leave to File Amended Complaint, defendant Mellon's opposition, plaintiffs' reply, and Mellon's Sur Reply, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant Mellon's Motion for Leave to File a Sur Reply is **GRANTED** as the Court reviewed the Sur Reply in coming to this decision;

2. Plaintiffs' Motion for Leave to File Amended Complaint is **GRANTED**;

3. Plaintiffs shall file their Amended Complaint within **FIVE DAYS**; and

4. Defendants shall file a responsive pleading within **THIRTY DAYS** of plaintiffs' filing of the Amended Complaint; and

                                                                                 **BY THE COURT:**

                                                                                  **/s/ Jeffrey L. Schmehl**
                                                                                  Jeffrey L. Schmehl, J